IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **JOSHUA BRET PARISH** and **HEATH W. HICKS**, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| **DEPT. JAMIE BRAGGS, et al.,** | ) ) ) |
| Defendants. | ) ) |

NO. 1:23-cv-00053

JUDGE CAMPBELL
MAGISTRATE JUDGE HOLMES

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 50) recommending the Motion to Dismiss filed by Defendants Nicholas Batts and Joey Cox (Doc. No. 40) be granted as to Plaintiff Heath Hicks and be denied as to Plaintiff Joshua Brett Parish.

The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of receipt. (Doc. No. 50 at 5). No objections have been filed. The Court notes that the Report and Recommendation was mailed to the Plaintiffs at their respective addresses of record. The mail sent to Plaintiff Heath Hicks was returned as undeliverable. (*See* Doc. Nos. 51, 52). Mr. Hicks has not provided an updated mailing address to the Court.

The Court has reviewed the Report and Recommendation (Doc. No. 50) and the docket in this case and concludes that the Report and Recommendation should be **ADOPTED** and

**APPROVED**. Defendant's Motion to Dismiss (Doc. No. 40) is **GRANTED** as to Plaintiff Heath Hicks and **DENIED** as to Plaintiff Joshua Brett Parish.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 1:23-cv-00053   Document 53   Filed 05/17/24   Page 2 of 2 PageID #: 239