# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| JOSHUA BRET PARISH, | ) |
| Plaintiff, | ) |
| | ) NO. 1:23-cv-00053 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| DEPT. JAMIE BRAGGS, et al., | ) MAGISTRATE JUDGE HOLMES |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 66) recommending Defendants' Motion for Summary Judgment (Doc. No. 61) be granted and this case dismissed. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed. Indeed, to date, Plaintiff has not responded to motion for summary judgment (Doc. No. 61), or made any other filings in the case for over a year.

The Court has reviewed the Report and Recommendation and the record in this case and concludes that the Report and Recommendation should be **ADOPTED** and **APPROVED**. Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 61) is **GRANTED** and this action is **DISMISSED**.

This Order constitutes final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE